# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 09, 2022

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Zat, Michelle M. | Docket No. | 0980 2:22CR00133-TOR-2 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Amber M.K. Andrade, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Michelle M. Zat, who was placed under pretrial release supervision by the Honorable Alexander C. Ekstrom, U.S. Magistrate Judge, sitting in the Court at Spokane, Washington, on the 28th day of September 2022 under the following conditions:

**Standard Condition #8:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #7:** Defendant shall submit to random urinalysis and Breathalyzer testing as directed by the United States Probation/Pretrial Services Office. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance abuse testing which is required as a condition of release.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 3, 2022, the conditions of pretrial release supervision were reviewed with Michelle M. Zat. She acknowledged an understanding of the conditions, which included standard conditions number 8 and special condition number 7.

**Violation #1:** Ms. Zat is alleged to have violated standard condition number 8 by consuming methamphetamine and Fentanyl on or about October 18, 2022.

During her initial intake, on October 3, 2022, Ms. Zat informed the assigned pretrial services officer she was scheduled to engage in inpatient substance abuse treatment at Sundown M Ranch effective October 4, 2022.

On October 15, 2022, just 11 days after her enrollment in inpatient treatment, the defendant left this officer a voice message stating she had left treatment at Sundown M Ranch.

On October 17, 2022, the undersigned attempted to contact Ms. Zat about her untimely departure from substance abuse treatment, but she did not answer or respond.

On October 18, 2022, Ms. Zat contacted this officer and claimed she had to leave inpatient treatment because she did not want to violate the conditions of her pretrial release by associating with her codefendants, some of whom were also engaged in treatment at Sundown M Ranch, as treatment staff had instructed the defendant not to talk to any of those codefendants. In our discussion that date, Ms. Zat stated that "wouldn't work for (her) because they are (her) friends." The defendant was subsequently instructed to report to the U.S. Probation Office to submit to random urinalysis testing.

On October 18, 2022, the defendant reported to the U.S. Probation Office for random urinalysis testing as instructed. Prior to providing a urine sample, Ms. Zat adamantly denied any drug use, and she signed a denial of use form confirming her denial. The defendant was then subject to urinalysis testing and provided a urine sample that was presumptive positive for methamphetamine, amphetamine, and Fentanyl. Ms. Zat ultimately admitted to the use of methamphetamine and Fentanyl on or about October 16, 2022. She signed an admission of use form confirming that use.

**Violation #2:**  Ms. Zat is alleged to have violated standard condition number 8 by consuming methamphetamine and Fentanyl on or about November 7, 2022.

On November 7, 2022, the defendant sent this officer a text message claiming she had tested positive for the COVID virus; Ms. Zat stated that she was feeling "very sick," and thus, was "not planning on doing anything except sleeping."  A few hours later, this officer contacted the defendant in response to her text message.  Despite the information contained in her text message, when the undersigned contacted Ms. Zat, she was riding in a vehicle with her sister to their parents' home.  This officer found that very odd, so she was instructed to report to the U.S. Probation Office the next morning, November 8, 2022.

On November 8, 2022, Ms. Zat reported to the U.S. Probation Office as instructed and was informed she would need to submit to random urinalysis testing.  When asked, the defendant denied any illicit drug use and signed a denial of use form as confirmation.  The defendant was then subject to urinalysis testing and before she could even sit on the toilet, the undersigned noticed urine on the toilet seat as well as on Ms. Zat's hand and clothing; this officer suspected the defendant was attempting to utilize a device to circumvent urinalysis testing.

When confronted about concerns that she may be attempting to circumvent testing, the defendant ultimately admitted she had consumed methamphetamine and Fentanyl on or about November 7, 2022, and she signed an admission of use form confirming that use.

**Violation #3:**  Ms. Zat is alleged to have violated special condition number 7 by attempting to obstruct or tamper with substance abuse testing.

On November 8, 2022, during random urinalysis testing, the undersigned noticed urine on the toilet seat, as well as on Ms. Zat's hand and clothing, before she even sat down on the toilet; this officer suspected that the defendant was attempting to utilize a device to circumvent urinalysis testing.  After ultimately admitting to the use of methamphetamine and Fentanyl, the undersigned probed further about the urine she had attempted to provide, and Ms. Zat claimed it belonged to her.  When asked if the urine had come out of her body, the defendant finally admitted it had not, so she was instructed to provide this officer with the device she was attempting to utilize.

Ms. Zat then removed a pill bottle, with a foil top secured by a rubber band, from her vagina.  The defendant then submitted to urinalysis testing and provided a sample that was in fact presumptive positive for amphetamine, methamphetamine and Fentanyl, which coincides with her admission of use.  The urine sample was subsequently forwarded to the lab for confirmation, and as of this date, those results have not yet been received.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: 11/09/2022 |
| by | s/Amber M.K. Andrade |
|  | Amber M.K. Andrade<br>U.S. Pretrial Services Officer |

PS-8

Re: Zat,, Michelle M
November 9, 2022
Page 3

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer
11/9/22

_____
Date