PROB 12C
(6/16)

Report Date: November 5, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 05, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Michelle M. Zat | Case Number: 0980 2:22CR00133-TOR-2 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇ Airway Heights, Washington 99001 | |
| Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: September 20, 2023 | |
| Original Offense: Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: Prison - 24 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Earl Allan Hicks | Date Supervision Commenced: May 17, 2024 |
| Defense Attorney: Federal Defender's Office | Date Supervision Expires: May 16, 2029 |

### PETITIONING THE COURT

To issue a summons.

On May 21, 2024, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Michelle Zat, as outlined in the judgment and sentence. She signed the judgment acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #8**:  You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On or about October 1, 2024, Michelle Zat allegedly violated special condition number 8 by consuming spice, Zoloft, methamphetamine and cocaine.<br><br>On October 4, 2024, the offender was contacted and instructed to report to the U.S. Probation Office for random urinalysis testing.<br><br>Later that date, on October 4, 2024, Ms. Zat reported to the probation office as instructed and submitted to random urinalysis testing.  She provided a urine sample that tested presumptive positive for cocaine, amphetamine and methamphetamine.  The offender adamantly denied any illicit drug use, and signed a denial of use form. |

Prob12C
Re: Zat, Michelle M
November 5, 2024
Page 2

After some conversation, the offender ultimately admitted to the use of Zoloft (which was not prescribed to her) and spice, a synthetic cannabinoid. The offender informed this officer she had consumed spice because she was told by other individuals from her drug treatment program that the U.S. Probation Office does not test for synthetic cannabinoids. Ms. Zat signed an admission of use form confirming that use, but the sample was sent to the lab for further testing because of the conflicting stories.

On October 12, 2024, the lab results were returned confirming that the urine sample provided by Ms. Zat on October 4, 2024, was in fact positive for methamphetamine and cocaine.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/05/2024

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Thomas O. Rice
United States District Judge

November 5, 2024
Date