PROB 12C
(6/16)

Report Date:  July 13, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 14, 2026

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision    ECF No. 1490

Name of Offender: Michelle M Zat                Case Number: 0980 2:22CR00133-TOR-2

Address of Offender: ██████████████ Airway Heights, Washington 99001

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: September 20, 2023

Original Offense:        Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349

Original Sentence:       Prison - 24 months          Type of Supervision: Supervised Release
                         TSR - 60 months

Asst. U.S. Attorney:     Earl Allan Hicks            Date Supervision Commenced: May 17, 2024

Defense Attorney:        Adrien Lindsay Fox          Date Supervision Expires: May 16, 2029

## PETITIONING THE COURT

To issue a **warrant**.

On May 21, 2024, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Michelle Zat, as outlined in the judgment and sentence.  She signed the judgment acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #7**:  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

**Supporting Evidence**: On or about June 2, 2026, Michelle Zat allegedly violated standard condition number 7 by failing to notify the U.S. Probation Office of a change in her employment.

On June 30, 2026, the offender sent this officer a text message to check-in.  In that text message, Mrs. Zat stated she was no longer employed with Spoko Fuel as of June 2, 2026. Because it had been approximately 28 days since the change in employment, significantly longer than allowed by the Court ordered supervision conditions, the undersigned officer

**Prob12C**
**Re: Zat, Michelle M**
**July 13, 2026**
**Page 2**

immediately contacted the offender. Mrs. Zat claimed she had quit her job with the company because her boss "was out to get (her)."

This officer then directly asked the offender if there were any issues in particular that led to her departure from the company, and she insisted there were not.

On July 1, 2026, this officer contacted the human resources department of Spoko Fuel. According to the information received, because of suspicions the employer had, random urinalysis testing was conducted on June 2, 2026, at the Spoko Fuel where Mrs. Zat was employed. After being notified that she would need to submit to random urinalysis testing, the offender reportedly consulted with her husband before quitting her job with no advance notice.

2      **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: On or about July 10, 2026, Michelle Zat allegedly violated mandatory condition number 1 by being arrested for Driving Under the Influence, in violation of RCW 46.61.502.

On July 10, 2026, at approximately 10:27 p.m., law enforcement received a call advising that a vehicle was had been speeding before hitting an airport fence, then "wrecking" in a ditch. Officers reported to the scene to find Mrs. Zat in a vehicle, registered to her husband, that was deemed "not driveable."

Officers noted they immediately smelled the odor of intoxicants coming from Mrs. Zat, whose speech was heavily slurred and she had bloodshot watery eyes.

Based on the information currently available, the offender refused to submit to breathalyzer testing, so a search warrant was requested. Once the search warrant was granted, a blood draw was conducted on July 11, 2026, and the laboratory results are currently pending.

In the early morning hours of July 11, 2026, Mrs. Zat was booked into the Spokane County Jail, where she currently remains incarcerated as of the writing of this report.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    07/13/2026

Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

Prob12C

**Re: Zat, Michelle M**
**July 13, 2026**
**Page 3**

## THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violations contained in this petition
      with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

_July 14, 2026_____

Date